# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Andre M. | Court of Appeals for the Fourth Circuit | 05/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of MD School of Law Board of Visitors |
| 2. | Instructor | University of MD School of Law |
| 3. | Instructor | National Judicial College |
| 4. | Member of the Faculty Council | National Judicial College |
| 5. | Lecturer | Pass the Maryland Bar, Inc. |
| 6. | Director | Open Society Institute-Baltimore |
| 7. | Member of the Board | Baltimore Urban Debate League, Inc. |
| 8. | Member of the Board | Community Law in Action, Inc. |
| 9. | Member of the Executive Committee | ABA Judicial Division/Appellate Judges Conference |
| 10. | Member | ABA Judicial Division/Commission on Diversity in the Judiciary |
| 11. | Member | Network on Neroscience and the Law |
| 12. | Member | Appellate Judges Education Institute Board of Directors |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/26/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 8

**Name of Person Reporting**

Davis, Andre M.

**Date of Report**

05/26/2013

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 4/1/2012 | Pass the Maryland Bar, Inc. | $1,008.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2012 | Self Employed Education Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | September 24-29, 2012 | Cambridge, MA | Instructor/Trial Advocacy Course | Transportation, Lodging, and Food |
| 2. | National Judicial College | April 29-May 2, 2012 | Reno, NV | Instructor/Judicial Philosophy Course | Transportation, Lodging, and Food |
| 3. | American Bar Association | February 1-5, 2012 | New Orleans, LA | Mid-Year Meeting | Transportation, Lodging, and Food |
| 4. | MacArthur Foundatio/ Vanderbilt University Law School | September 13-15, 2012 | Cambridge, MA | Professional Meeting: Neuroscinece and the Law | Transportation, Lodging, and Food |
| 5. | MacArthur Foundation/ Vanderbilt University Law School | December 7-10, 2012 | Tampa, FL | Professional Meeting: Neuroscience and the Law | Transportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Davis, Andre M.** | 05/26/2013 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | NationalJudicial College | November 26-28, 2012 | The Hague, NV | Meeting Judges of the ICC | Transportation, Lodging, and Food |
| 7. | Centrial and Eastern European Legal Institute (CEELI) | November 5-9, 2012 | Tunis, Tunisia | Education Seminar with Tunisian Judges | Transportation, Lodging, and Food |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Duke University School of Law | Scholarship for Tuition, Lodging, and Meals for Enrollment in Master of Laws Program | $21,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | K | T | | | | | |
| 2. Capital One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts | A | Interest | K | T | | | | | |
| 4. Discover Bank Account | A | Interest | K | T | | | | | |
| 5. Line 6 reports EXCHANGE TRADED FUNDS | | | | | | | | | |
| 6. SPDR Dow Jones Indl Avg ETF | A | Dividend | K | T | | | | | |
| 7. Lines 8 to 11 report MUTUAL FUNDS | | | | | | | | | |
| 8. Davis NY Venture Fund Class C | A | Dividend | K | T | | | | | |
| 9. Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 10. T Rowe Price Growth Fund | A | Dividend | J | T | | | | | |
| 11. Rental Property--Eastham, MA | F | Rent | P1 | W | | | | | |
| 12. Trust No. 1 This is an income beneficiary trust. | E | Distribution | P1 | W | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/26/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544